UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JONATHAN L. GARCIA ESQUEDA, M.D.,                :
:
                 Plaintiff,           :   21-CV-10267 (JMF)
:
      -v-                                           :   ORDER
:
NYU LANGONE HOSPITALS, et al.,                        :
:
               Defendants.         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, and the conference will be RESCHEDULED for **April 26, 2022, at 9:30 a.m**. Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: April 4, 2022
      New York, New York
                                           JESSE M. FURMAN
                                           United States District Judge