UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esqueda, M.D.,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>NYU Langone Hospitals et al.,<br><br>                            Defendants. | 21 Civ. 10267 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference, via Microsoft Teams, on February 9, 2023 at 9:30 AM. Counsel for the parties shall be prepared to provide the Court with an update on settlement, including any in-person discussions that have taken place following the close of fact discovery, as per the First Amended Case Management Plan and Scheduling Order (ECF No. 42). Counsel will receive log-in credentials via the email information provided on the docket. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 829 455 981#.

      IT IS FURTHER ORDERED that the parties' joint request for modification of the summary judgment briefing schedule (ECF No. 49) is GRANTED. By no later than February 2, 2023, counsel shall file a joint letter with a proposed summary judgment briefing schedule. Any future requests for extensions or adjournments shall comply with the Court's Individual Rules and Practices, available at https://www.nysd.uscourts.gov/hon-jennifer-h-rearden.

      SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                                              */s/ Jennifer H. Rearden*
                                                              JENNIFER H. REARDEN
                                                              United States District Judge