Case 1:21-cv-10267-JHR   Document 53   Filed 02/14/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN L. GARCIA ESQUEDA, M.D.,

                Plaintiff,

-v.-

NYU LANGONE HOSPITALS et al.,

                Defendants.

---

21 Civ. 10267 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The parties' summary judgment schedule shall be as follows: Defendants' summary judgment motion is due on June 14, 2023; Plaintiff's opposition is due on July 6, 2023; and Defendants' reply is due on July 28, 2023.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for settlement purposes**.  The parties shall promptly contact the Chambers of the assigned Magistrate Judge to schedule a settlement conference, which, subject to the Magistrate Judge's availability, shall take place no later than **March 31, 2023**.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge