

**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

February 15, 2023

**VIA ECF**
Hon. Sarah L. Cave
United Stated District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      **Re:** *Jonathan L. Garcia Esqueda, M.D. v. NYU Langone Hospitals, et al.*
           <u>Case No. 1:21-cv-10267 (JHR) | Letter Motion Seeking Adjournment</u>

Dear Magistrate Judge Cave:

      We represent Defendants in the above-referenced case. We write concerning Your Honor's Order dated February 14, 2023 (Dkt. 55) (the "Order") scheduling a telephone conference (the "Conference") to schedule a Settlement Conference.

      Pursuant to Rule I(D) of Your Honor's Individual Practice In Civil Cases, we write to respectfully request a brief adjournment of the Conference from February 21, 2023, to February 24, 2023, or any time and date between March 1, 2023 through March 3, 2022.

      This is our first request for an adjournment of the Conference. Plaintiff's counsel consents and joins in this request. This request is necessitated because the undersigned has a board hearing scheduled for the same day and time as the Conference. Further, the undersigned has a JAMs class action mediation scheduled for February 27, 2023, and is also unavailable on February 28, 2023. Additionally, Plaintiff's counsel has scheduling conflicts on February 23, 2023.

      We thank this Court for its time and consideration.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By:   */s/ Richard L. Steer*
       Richard L. Steer

---

Defendants' letter-motion seeking to adjourn the telephonic conference to schedule a settlement conference (the "Conference") (ECF No. 56) is GRANTED, and the Conference is ADJOURNED to **Wednesday, March 1, 2023 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 56.

SO ORDERED 02/16/23

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge