**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JONATHAN ESQUEDA, M.D.,

                Plaintiff,

-against-                          21 **CIVIL** 10267 (LTS) (SLC)

## JUDGMENT

NYU LANGONE HOSPITALS, NABIL N.
DAGHER, M.D., H. LEON PACHTER, M.D.
F.A.C.S., BONNIE LONZE, M.D., BRUCE GELB,
M.D., ZOE STEWART-LEWIS, M.D.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 27, 2025, the Court has granted Defendants' motion for summary judgment. The Court has granted judgment in favor of Defendants, dismissing Plaintiff's federal hostile work environment, discrimination, and retaliation claims. The Court has declined to exercise supplemental jurisdiction of Plaintiff's remaining state and local law claims and has dismissed those claims without prejudice to litigation in a forum of competent jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      June 27, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**              K. Mango

                                                      **Deputy Clerk**